COA # 08-13-00102-CR          OFFENSE: 21.1

STYLE: Timothy Edward Whitington v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: Affirmed          TRIAL COURT: 432nd District Court

DATE: 4/24/15          Publish: NO     TC CASE #: 1284003R

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Timothy Edward Whitington v. The State of Texas          CCA #:

____APPELLANT'S____ Petition          CCA Disposition: 1021-15
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:
____REFUSED____          JUDGE:
DATE: 11/04/2015          SIGNED: _____     PC: _____
JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____